**IN THE UNITED STATES**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| SARAH HOLLADAY | ) | CIVIL ACTION NO:  4:07-cv-03804-RBH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PLAINTIFF'S REPLY** |
| | ) | **TO COURT NOTICE** |
| BURCH, OXNER, SEALE CO., CPA'S, PA | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff replies to the Court's Notice dated April 2, 2009 (Entry Number 55) as follows:

1. **Expected Length of Trial:**

Plaintiff estimates one and one-half to two days.

2. **Status of Case/Pending Motions**:

 This case is ready for trial, except the parties have until May, 14, 2009 to submit joint jury instructions and verdict form pursuant to this Court's Order dated March 17, 2009 (Entry Number 53).  There are no pending motions.

3. **Dates for Which Protection is Requested (with reasons):**

Plaintiff's counsel seeks protection for May 14-16, 2009, as he will be in New York City for his daughter's graduation from law school.  Plaintiff seeks protection for May 8-13, 2009, as she has planned a vacation for those dates.  Plaintiff also seeks, if possible, protection for June 1-2 and 18-19, 2009, as her husband, who plans to attend trial, is out of state on business matters. Plaintiff and Plaintiff's counsel are otherwise available from May 5, 2009 through July 14, 2009.

4. **Reasons Why the Case Cannot Be Tried This Term:**

Plaintiff is not aware of any reason this case cannot be tried during this term.

5. **Results of Mediation or Date Which Mediation is Scheduled:**

The parties have mediation scheduled for April 27, 2009, in accordance with this Court's Order dated March 17, 2009 (Entry Number 53).

Respectfully submitted,

s/ Lovic A. Brooks, III
Lovic A. Brooks, III (I.D. # 1495)
BROOKS LAW FIRM, LLC
1122 Lady Street, Suite 1025 (29201)
PO Box 136
Columbia, South Carolina 29202
Telephone: (803) 254-5300
Facsimile: (803) 254-5353
lbrooks@brooks-law-firm.com

ATTORNEY FOR PLAINTIFF

Columbia, South Carolina
April 10, 2009